IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DORRIAN DAVENPORT,<br>    Petitioner, | )<br>)<br>) |
| vs. | )   Civil Action No. 09-1243 |
| ROBERT SHANNON, et al.,<br>    Respondents. | )<br>)<br>) |

ORDER

AND NOW, this 13th day of January, 2010, after the petitioner, Dorrian Davenport, filed a petition for a writ of habeas corpus, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the petition and the record and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 13), which is adopted as the opinion of this Court,

    IT IS ORDERED that the petition for a writ of habeas corpus filed by petitioner Dorrian Davenport (Docket No. 4) is dismissed and a certificate of appealability is denied.

    IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the petitioner desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

Donetta W. Ambrose
United States District Judge

cc: Dorrian Davenport
GJ-8898
SCI Frackville
1111 Altamont Blvd
Frackville, PA 17931